# Intended Notice Recipients – Method of Notice

District/Off: 0209–2  User: finucane  Date Created: 11/8/2006
Case: 2–05–02155–JCN  Form ID: ntcentry  Total: 6

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
aty   David D. MacKnight   dmacknight@lacykatzen.com, dfacciponte@lacykatzen.com, ccastillo@lacykatzen.com
aty   David H. Ealy   dealy@trevettetal.com, sgoodlein@trevettetal.com

                                                                                                TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
dft   David R. Green   23 Carefree Lane   Hilton, NY 14468
      Warren H. Heilbronner, Esq.   Boylan, Brown &Code   2400 Chase Square   Rochester, NY 14604
      Kathleen D. Schmitt
      Warren H. Heilbronner, Esq.   Boylan Brown etal   2400 Chase Square   Rochester, NY 14604

                                                                                                TOTAL: 4